UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LL NJ, INC., a Michigan corporation
and LIFESTYLE LIFT HOLDING
COMPANY, INC., a Michigan corporation

    Plaintiffs,

v.

NBC – Subsidiary (WCAU-TV), L.P., a
Delaware Limited Partnership, et al.

    Defendants.
_____/

Case No. 2:06-cv-14312
HON. DAVID M. LAWSON

FILED
MAY 25 2007
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

MEMORANDUM OF LAW IN SUPPORT OF NBC DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER